E-filing

1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
3  Telephone: (415)433-3476
   Facsimile: (415)296-8734
4
   Attorney for Defendant
5  **CHRISTIAN BARRAGAN**

6

7

8              IN THE UNITED STATES MAGISTRATE COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,           )   Case No. CR-03-20097 JF
                                       )
12         Plaintiff,                  )   **STIPULATION TO CONTINUE BAIL**
                                       )   **REVOCATION HEARING AND**
13 v.                                  )   **[PROPOSED] ORDER**
                                       )
14 CHRISTIAN BARRAGAN,                 )
                                       )
15         Defendant.                  )
                                       )
16 ──────────────────────────────

17         IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,
18 Assistant U.S. Attorney, Timothy Lucey and counsel for the Defendant, Christian Barragan,
19 Gilbert Eisenberg, Esq., that the date set for the bail revocation hearing be continued from March
20 30, 2007 to April 11, 2006 at 2:00 p.m. This continuance is necessary to allow the parties to
21 present a joint resolution for the disposition of this matter, thereby eliminating the need for a
   evidentiary hearing..
22

23 Dated this 29th day of March____, 2007.

24                              /s/ Timothy Lucey
                                TIMOTHY LUCEY
25                              Assistant United States Attorney

26
   Dated this 29th day of March, 2007.
27
                                /s/Gilbert Eisenberg

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER

1   GILBERT EISENBERG, Esq.
    Counsel for Christian Barragon

2

3   GOOD CAUSE APPEARING,

4   IT IS ORDERED that the date set for the bail revocation hearing on this case be continued

5   from March 30, 2007 to April 11, 2007.

6   Dated this 30 day of March 2007.

7

8   BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER   2