E-filing

GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415)433-3476
Facsimile: (415)296-8734

Attorney for Defendant
**CHRISTIAN BARRAGAN**

IN THE UNITED STATES MAGISTRATE COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-03-20097 JF  3-06-70797 MAG |
| Plaintiff, | STIPULATION TO CONTINUE BAIL REVOCATION HEARING AND [PROPOSED] ORDER |
| v. | |
| CHRISTIAN BARRAGAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney, Timothy Lucey and counsel for the Defendant, Christian Barragan, Gilbert Eisenberg, Esq., that the date set for the bail revocation hearing be continued from March 30, 2007 to April 11, 2006 at 2:00 p.m. This continuance is necessary to allow the parties to present a joint resolution for the disposition of this matter, thereby eliminating the need for a evidentiary hearing..

Dated this 29th day of March, 2007.

/s/ Timothy Lucey
TIMOTHY LUCEY
Assistant United States Attorney

Dated this 29th day of March, 2007.

/s/Gilbert Eisenberg

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER

1       GILBERT EISENBERG, Esq.
        Counsel for Christian Barragon

2

3       GOOD CAUSE APPEARING,

4       IT IS ORDERED that the date set for the bail revocation hearing on this case be continued

5       from March 30, 2007 to April 11, 2007.

6       Dated this 30 day of March, 2007.

7

8       _____
        BERNARD ZIMMERMAN
9       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER  2

## Other Orders/Judgments
3:06-mj-70797-MAG USA v. Barragan et al

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from ls, COURT STAFF entered on 3/30/2007 at 11:14 AM and filed on 3/30/2007
**Case Name:**      USA v. Barragan et al
**Case Number:**   3:06-mj-70797
**Filer:**
**Document Number:** 31

**Docket Text:**
STIPULATION AND ORDER TO CONTINUE BAIL REVOCATION HEARING as to Christian Rafael Barragan; Bail Review Hearing reset to 4/11/2007 02:00 P.M. in Courtroom G, 15th Floor, San Francisco before Magistrate Judge Bernard Zimmerman. Signed by Magistrate Judge Bernard Zimmerman on 3/30/2007. (ls, COURT STAFF) (Filed on 3/30/2007)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan\barragan.bz.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/30/2007] [FileNumber=3337844-0]

https://ecf.cand.circ9.dcn/cgi-bin/Dispatch.pl?568525616758558                3/30/2007

[1f5fc53b21b52d810ffd307f32e3d6fda963bd7cdd8d8bf7b2fa0da678618cdfdc500
581f927e3dbd33d5aded03f49ebcc807d8d2b3f67b92dfbe896ccd7884a]]

**3:06-mj-70797-2 Notice will be electronically mailed to:**

Gilbert Eisenberg    g.eisenberg@sbcglobal.net,

Timothy J. Lucey    timothy.lucey@usdoj.gov, cherell.hallett@usdoj.gov

Richard B. Mazer    richardbmazer@yahoo.com,

Doron Weinberg    doronweinberg@aol.com, littlredhd@aol.com

**3:06-mj-70797-2 Notice will be delivered by other means to:**