1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
3  Telephone: 415-433-3476
   Facsimile: 415-296-8734
4
   **Attorney for Defendant**
5  **CHRISTIAN RAFAEL BARRAGAN**



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-06-0734 VRW |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO RECONVEY PROPERTY POSTED FOR BAIL FOR LIMITED PURPOSE OF REFINANCIING INTEREST RATE AND [PROPOSED] ORDER** |
| CHRISTIAN RAFAEL BARRAGAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Timothy Lucey, and counsel for the Defendant, Christian Rafael Barragan, Gilbert Eisenberg, Esq., the co-owners, Christian Rafael Barragan and Uzziel Pacheco Banales that the real property, described as 640 Elsa Drive, Santa Rosa, California, Tax Parcel # 044-280-068, posted as security for the release on bail of Christian Rafael Barragan in this case be reconveyed to Christian Rafael Barragan and Uzziel Pacheco Banales for the limited purpose of refinancing the interest rate only and not for any other purpose.

Christian Rafael Barragan and Uzziel Pacheco Banales each agree that they will not sell, convey, mortgage, pledge or encumber in any way the subject property, described above, during the refinancing process and will reconvey the property to the Clerk of the Court for the purpose of posting bail in this matter as soon as the refinancing described herein is completed.

STIPULATION TO RECONVEY PROPERTY          -1-

1  Dated: this 1st day of May, 2007.

2

3                                           /s/ Timothy Lucey
                                            TIMOTHY LUCEY, Esq.
4                                           Assistant United States Attorney

5
   Dated: this 1st day of May, 2007.
6
                                            /s/ Gilbert Eisenberg
7                                           GILBERT EISENBERG, Esq.
                                            Counsel for Christian Rafael Barragan
8

9

10

11 Dated: this  1st  day of May, 2007        /s/ Uzziel Pacheco Banales
                                             UZZIEL PACHECO BANALES
12

13

14

15 Dated: this 1st  day  of May, 2007         /s/  Christian Rafael Barragan
                                              CHRISTIAN RAFAEL BARRAGAN
16

17

18      GOOD CAUSE APPEARING,

19      IT IS ORDERED that the Clerk of this court shall reconvey the property posted for bail in

20 this matter (described as 640 Elsa Drive, Santa Rosa, CA, Tax Parcel # 044-280-068) to

21 Christian Rafael Barragan and Uzziel Pacheco Banales for the limited purpose of refinancing the

22 interest rate only and not for any other purpose.

23      IT IS FURTHER ORDERED that Christian Rafael Barragon and Uzziel Pacheco Banales

24 not sell, convey, mortgage, pledge or encumber in any way the property described above and will

25 execute all documents necessary to reconvey the property to the Clerk of the Court for the

26 purpose of posting bail for Christian Rafael Barragan in this matter as soon as the refinancing

27 described herein is completed and,

28

STIPULATION TO RECONVEY PROPERTY              -2-

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that this order to reconvey the above described property |
| 2 | posted for bail in this matter shall expire 30 days from the date that this Order is filed in this |
| 3 | court and at that time CHRISTIAN RAFAEL BARRAGAN and UZZIEL PACHECO |
| 4 | BANALES shall reconvey the property to the Clerk of the Court for the purpose of posting bail |
| 5 | previously set in this case. |
| 6 | Dated this ⎯2⎯ day of May, 2007 |

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO RECONVEY PROPERTY          -3-