E-Filing

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11

| 12 UNITED STATES OF AMERICA, | Case No. CR-06-0734 VRW |
|---|---|
| 13          Plaintiff, | **STIPULATION RE: DEFENDANT'S CUSTODIAL STATUS AND [PROPOSED] ORDER** |
| 14 v. | |
| 15 CHRISTIAN RAFAEL BARRAGAN, | |
| 16          Defendant. | |

**IT IS HEREBY STIPULATED** by and between counsel for the UNITED STATES, Assistant U.S. Attorney Timothy Lucey, and counsel for the Defendant, Christian Rafael Barragan, Gilbert Eisenberg, Esq., that in light of the defendant's Christian Rafael Barragan involvement in an incident involving domestic violence in Santa Rosa, California, on or about February 26, 2007, as set forth in the Memorandum of Pretrial Services Officer dated March 5, 2007, the terms of the defendant's bond should be modified.

After conferring with the Pretrial Services Officer, Richard Sarlatte, the parties are agreed that the defendant's bond shall be modified as follows:

Defendant is to report to a Community Corrections Facility on or about May 15, 2007, as directed by Pretrial Services, and shall remain at that Community Corrections Facility for a period of sixty (60 days) and thereafter until further order of this Court. After sixty days, the defendant

STIPULATION TO RECONVEY PROPERTY          1

1  may place the matter on this Court's calendar for an assessment of defendant's further custodial
2  status, based on input and information provided to the Court by Pretrial Services, the government, and the defendant.
3       **IT IS SO STIPULATED.**
4
5  Dated: this 4th day of May, 2007.
6
7                                  /S/ Timothy J. Lucey
                                TIMOTHY LUCEY, Esq.
8                                  Assistant United States Attorney
9
10  Dated: this 4th day of May, 2007.
                                /S/ Gilbert Eisenberg
11                                  GILBERT EISENBERG, Esq.
                                Counsel for Christian Rafael Barragan
12
13       **GOOD CAUSE APPEARING,**
14       **IT IS ORDERED** that the terms of the defendant Christian Barragan bond shall be modified.
15
16       **IT IS FURTHER ORDERED** shall report to a Community Corrections Facility on or about May 15, 2007, as directed by Pretrial Services, and shall remain at that Community
17  Corrections Facility for a period of sixty (60 days) and shall remain at that Community
18  Corrections Facility until further order of this Court.
19       After sixty days, the defendant may place the matter on this Court's calendar for
20  assessment of defendant's further custodial status, based on input and information provided to the
21  Court by Pretrial Services, the government, and the defendant.
22  **Dated this \_\_8\_\_ day of May, 2007**
23
24                                  **HONORABLE ELIZABETH D. LAPORTE**
25                                  **UNITED STATES MAGISTRATE JUDGE**
26
27

STIPULATION TO RECONVEY PROPERTY        2