1  GILBERT EISENBERG (SBN 28900)
   LAW OFFICES OF GILBERT EISENBERG
2  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
3  Telephone: 415-433-3476
   Facsimile: 415-296-8734
4
   **Attorney for Defendant**
5  **CHRISTIAN RAFAEL BARRAGAN**

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )    Case No. CR-06-0734 VRW
11                                    )
          Plaintiff,                  )
12                                    )    **STIPULATION TO EXTEND TIME**
       v.                             )    **FOR DEFENDANT TO REPOST**
13                                    )    **PROPERTY FOR BAIL AND**
   CHRISTIAN RAFAEL BARRAGAN,         )    **[PROPOSED] ORDER**
14                                    )
          Defendant.                  )
15  _____ )

16
          IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,
17
   Assistant U.S. Attorney Timothy Lucey, and counsel for the Defendant, Christian Rafael
18
   Barragan, Gilbert Eisenberg, Esq., the co-owners, Christian Rafael Barragan and Uzziel
19
   Pacheco Banales as follows:
20
          The real property, described as 640 Elsa Drive, Santa Rosa, California, Tax Parcel #
21
   044-280-068, was posted as security for the release on bail of Christian Rafael Barragan in this
22
   case; and then by stipulation of the parties and order of Magistrate Judge Bernard Zimmerman on
23
   May 2, 2007 was reconveyed to Christian Rafael Barragan and Uzziel Pacheco Banales for the
24
   limited purpose of refinancing the interest rate only and not for any other purpose. That Order
25
   further provided that the Order would expire thirty (30) days from May 2, 2007 and the property
26
   was to be reposted as security for the release of Christian Barragan.
27

28

STIPULATION TO RECONVEY PROPERTY         -1-

The refinancing of the subject property is not completed because of a delay in the recording of the reconveyance papers and it is stipulated that the time period for the reposting of the subject property be extended for 21 days from the date the proposed order, submitted herein, is signed and filed by the court..

Dated:  this 14th   day of June, 2007.

    /s/ Timothy Lucey
TIMOTHY LUCEY, Esq.
Assistant United States Attorney

Dated:  this 14th   day of June, 2007.

    /s/  Gilbert Eisenberg
GILBERT EISENBERG, Esq.
Counsel for Christian Rafael Barragan

GOOD CAUSE APPEARING,

IT IS ORDERED that the previous order of this court, dated May 2,2007, shall be amended to extend the time for the reposting of the property described herein as security for the bail of Christian Rafael Barragan, to 21days from the date of this Order;

IT IS FURTHER ORDERED that Christian Rafael Barragon and Uzziel Pacheco Banales not sell, convey, mortgage, pledge or encumber in any way the property described above.

Dated this  18th   day of June, 2007



    BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO RECONVEY PROPERTY    -2-