| | |
|---|---|
| 1 | GILBERT EISENBERG (SBN 28900) |
|   | LAW OFFICES OF GILBERT EISENBERG |
| 2 | 400 Montgomery Street, Suite 200 |
|   | San Francisco, CA 94104 |
| 3 | Telephone: 415-433-3476 |
|   | Facsimile: 415-296-8734 |
| 4 | |
|   | **Attorney for Defendant** |
| 5 | **CHRISTIAN RAFAEL BARRAGAN** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-06-0734 VRW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO EXTEND TIME** |
| v. | ) | **FOR DEFENDANT TO REPOST** |
| | ) | **PROPERTY FOR BAIL AND** |
| CHRISTIAN RAFAEL BARRAGAN, | ) | [~~PROPOSED~~] **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Timothy Lucey, and counsel for the Defendant, Christian Rafael Barragan, Gilbert Eisenberg, Esq., the co-owners, Christian Rafael Barragan and Uzziel Pacheco Banales as follows:

The real property, described as 640 Elsa Drive, Santa Rosa, California, Tax Parcel # 044-280-068, was posted as security for the release on bail of Christian Rafael Barragan in this case; and then by stipulation of the parties and order of Magistrate Judge Bernard Zimmerman on May 2, 2007 was reconveyed to Christian Rafael Barragan and Uzziel Pacheco Banales for the limited purpose of refinancing the interest rate only and not for any other purpose. That Order further provided that the Order would expire thirty (30) days from May 2, 2007 and the property was to be reposted as security for the release of Christian Barragan.

1   On June 18, 2007 the date for the reposting of the subject property was extended for 21
2   days pursuant to a Stipulation by the parties. That date is July 9, 2007.
3   The refinancing of the subject property is not completed because of a delay caused by the
4   failure of Aladdin Bail Bonds in Santa Rosa, CA to reconvey a Deed of Trust that should have
5   been done more than 3 months ago. That reconveyance will be completed in the next two or
6   three days allowing the refinancing to be completed and it is stipulated that the time period for
7   the reposting of the subject property be extended for 21 days from the date the proposed order,
8   submitted herein, is signed and filed by the court..
9   Dated: this 6thth day of July, 2007.

    /s/ Timothy Lucey
    TIMOTHY LUCEY, Esq.
    Assistant United States Attorney

    Dated: this 6thth day of July, 2007.

    /s/ Gilbert Eisenberg
    GILBERT EISENBERG, Esq.
    Counsel for Christian Rafael Barragan

    GOOD CAUSE APPEARING,

    IT IS ORDERED that the previous order of this court, dated May 2,2007, shall be amended to extend the time for the reposting of the property described herein as security for the bail of Christian Rafael Barragan, to 21days from the date of this Order;

    //

    //

    //

STIPULATION TO RECONVEY PROPERTY            -2-

IT IS FURTHER ORDERED that Christian Rafael Barragon and Uzziel Pacheco Banales not sell, convey, mortgage, pledge or encumber in any way the property described above.

Dated this  13th  day of July, 2007

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



STIPULATION TO RECONVEY PROPERTY        -3-